IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIA ANN CALIPO, | ) | |
| | ) | |
| Petitioner | ) | Case No. 1:19-cv-50 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WETZEL, et al., | ) | RICHARD A. LANZILLO |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| Respondents | ) | |
| | ) | ORDER |

AND NOW, this 6th day of June, 2019, upon consideration of the Motion to Quash Subpoena [ECF No. 33] filed by the Judicial Conduct Board of Pennsylvania, a non-party, pursuant to Fed. R. Civ. P. 45(d), it is hereby ORDERED that the Motion is GRANTED. The Court will not consider Petitioner's requests for discovery until after Respondents have filed their answer and the state court record. To the extent that Petitioner seeks discovery, Petitioner must file a motion with the Court after Respondents' answer has been filed (but no later than 30 days thereafter). The Court will determine whether discovery is necessary at that time. The Court takes no position on whether additional grounds exist for quashing the subpoena, and this Order is without prejudice to the Judicial Conduct Board's right to raise additional grounds in a renewed motion if the Court, by later order, were to authorize Petitioner to conduct discovery and Petitioner serves a further subpoena upon the Judicial Conduct Board.

/s/ Richard A. Lanzillo
RICHARD A. LANZILLO
United States Magistrate Judge

Dated: June 6, 2019

1